UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rocket Pharmaceuticals, Inc.,

                Plaintiff,

-against-

Lexeo Therapeutics, Inc., et al.,

                Defendants.

1:23-cv-09000 (PKC) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2024

**STEWART D. AARON, United States Magistrate Judge:**

      The parties shall file a joint status letter apprising the Court on the status of discovery on January 31, 2025.

**SO ORDERED.**

Dated:      New York, New York
             December 23, 2024

_____
STEWART D. AARON
United States Magistrate Judge