UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rocket Pharmaceuticals, Inc.,

                  Plaintiff,

-against-

Lexeo Therapeutics, Inc., et al.,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2025
```

1:23-cv-09000 (PKC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    For the reasons stated on the record during today's telephone conference, the Letter Motion regarding Plaintiff's document production filed at ECF No. 144 is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED that the deadline for substantial completion of document production by Plaintiff, RTW Investments LP, the RTW Individuals and Lexeo hereby is set at February 28, 2025. Prior to that date, on a weekly basis, Plaintiff shall make a rolling production of responsive documents. Each rolling production shall be accompanied by Plaintiff's rough approximation of the quantity of documents that remain to be produced.

    In addition, for the reasons stated on the record during today's telephone conference, the Letter Motion to seal at ECF No. 146 is GRANTED IN PART and DENIED IN PART. The Court hereby grants Lexeo's request to seal the redacted version of the document filed at ECF No. 143-6. With respect to Plaintiff's request to seal the entirety of Appendix A which is found at pages 10 through 89 of ECF No. 142-5, it is hereby ORDERED that, no later than February 5, 2025, Lexeo shall provide to Plaintiff the chart that Lexeo refers to in footnote 2 of the Letter Motion to seal, and no later than February 12, 2025, Plaintiff shall file to the ECF docket a new version of

Appendix A that removes the redactions for publicly available information.[1] It is further ORDERED that, by agreement of the parties, ECF Nos. 140 and 142-4 shall be unsealed.

**SO ORDERED.**

Dated:     New York, New York
           January 29, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Also by February 12, the parties shall meet and confer with respect to the redaction at page 3 in ECF No. 155, and, if appropriate, request that the Court unseal the document.

2