```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rocket Pharmaceuticals, Inc.,

       Plaintiff,

-against-

Lexeo Therapeutics, Inc., et al.,

       Defendants.

1:23-cv-09000 (PKC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  The Court has before it a "Joint Letter Motion to Seal" filed at ECF No. 204. Based upon the Court's review of the documents filed by the parties at ECF Nos. 204, 205, 206 and 207, it is hereby ORDERED that Plaintiff publicly shall file a redacted version of ECF No. 207. The portions of ECF No. 207 that are highlighted shall be redacted from public view, in accordance with Plaintiff's "compromise position" set forth in ECF Nos. 204 and 205. At this stage of the case, the Court finds that Plaintiff has met its burden to maintain the redacted portions of ECF No. 207 under seal. This ruling by the Court is not a ruling on the merits of whether any of the redacted information reflects Plaintiff's trade secrets, and it is without prejudice to an application to unseal made at the conclusion of this case. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 204.

**SO ORDERED.**

Dated:  New York, New York
     February 13, 2025

                  _____
                  STEWART D. AARON
                  United States Magistrate Judge